UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL FISH & SEAFOOD, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN A. SCANLON, ET AL.,<br><br>Defendants. | Civil Action No. Case 1:18-cv-11515 LTS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff National Fish & Seafood, Inc. and Defendants Kathleen A. Scanlon, Tampa Bay Fisheries, Inc., Robert Paterson, Mark Pandolfo, Mark Marsh, and Red Chamber Co. (individually a "Party" and together the "Parties") hereby jointly stipulate to dismissal of this action with prejudice. Each Party to this action will bear its, her, or his own attorney's fees, expenses, and costs.

Accordingly, the Parties respectfully request that the Court enter a final order consistent with the above stipulation to conclude this action.

Dated: March 8, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher Centurelli* | */s/ Beth A. Deragon (with permission)* |
| Mark Pomfret (BBO # 561925) | Beth A. Deragon (BBO # 568588) |
|   mark.pomfret@klgates.com | (admitted to USDC MA Bar on 8/21/18) |
| Christopher Centurelli (BBO # 640974) | bderagon@pastorikrans.com |
|   christopher.centurelli@klgates.com | PASTORI \| KRANS PLLC |
| Michael R. Creta (BBO # 693340) | 70 Commercial Street, Suite 203 |
|   michael.creta@klgates.com | Concord, NH 03301 |
| Brandon R. Dillman (BBO # 696937) | 603.369.4769 |
|   brandon.dillman@klgates.com | |
| K&L GATES LLP | *Counsel for Defendant* |
| State Street Financial Center | *Kathleen A. Scanlon* |
| One Lincoln Street | |
| Boston, MA 02111 | |
| 617.261.3100 | |
| | |
| *Counsel for Plaintiff* | |
| *National Fish & Seafood, Inc.* | |
| | |
| | */s/ Adam S. Gershenson (with permission)* |
| | Michael N. Sheetz (BBO #548776) |
| | msheetz@cooley.com |
| | Adam S. Gershenson (BBO #671296) |
| | agershenson@cooley.com |
| | Elizabeth Trafton (BBO #693969) |
| | etrafton@cooley.com |
| | COOLEY LLP |
| | 500 Boylston Street |
| | Boston, MA  02116-3736 |
| | Tel.:  (617) 937-2300 |
| | Fax:  (617) 937-2400 |
| | |
| | *Counsel for Defendants Tampa Bay Fisheries, Inc., Robert Paterson, Mark Pandolfo, Mark Marsh, and Red Chamber Co.* |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 8, 2019, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        */s/ Christopher Centurelli*
                                        Christopher Centurelli