UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:18-cv-11515-LTS

NATIONAL FISH & SEAFOOD, INC.
*Plaintiff,*

v.

KATHLEEN A. SCANLON, ET. AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Stipulation of Dismissal (CM/ECF No. 121) filed by the parties on March 8, 2019, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

March 8, 2019